# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY POLIT,

    Plaintiff,

    v.

GREY FLANNEL AUCTIONS, INC.,

    Defendant.

NO. 3:19-cv-590

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 17th day of April, 2019, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiff fails to do so, the action will be dismissed.

                                      /s/ A. Richard Caputo
                                      A. Richard Caputo
                                      United States District Judge